UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-2641-CMM

UNITED STATES OF AMERICA

vs.

KERVIN ANTHONY LEVY
and
MICHAEL STEPHEN TYME,

   MATERIAL WITNESSES.
_____/

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court

endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses

without prejudice the Material Witness Complaint against the above named witnesses.

Respectfully submitted,

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

cc:    U.S. Attorney (Jamie M. McCall, AUSA)
       U.S. Marshal
       Chief Probation Officer
       Pretrial Services

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 6/10/10

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE COURT JUDGE